*Thomas J. O'Neill* for petitioner. *Mr. Clifton P. Williamson* for respondent.

No. 901. C. M. KEMP MANUFACTURING Co. *v.* HOELTKE. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Arlon V. Cushman* and *Lewis W. Lake* for petitioner. *Mr. Frank Keiper* for respondent.

No. 902. CITIZENS PASSENGER RY. Co. ET AL. *v.* PUBLIC SERVICE COMMISSION. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Ulric J. Mengert, W. W. Montgomery, Jr., John Russell, Jr., F. B. Bracken, Wm. E. Mikell, Jr., Maurice B. Saul, John J. Sullivan,* and *Joseph Gilfillan* for petitioners. *Messrs. Richard J. Beamish, Louis E. Levinthal,* and *Charles J. Margiotti* for respondent.

No. 910. ALLEN ET AL. *v.* GEORGIAN HOTEL CORP. ET AL. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Meyer Abrams* and *Max Shulman* for petitioners. *Messrs. George M. Burditt, Arthur M. Cox,* and *Isaac E. Ferguson* for respondents.

No. 912. WOLFF ET AL. *v.* JORDAN MARSH Co. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Arthur B. Marsh* for petitioners. *Mr. Nathan Heard* for respondent.